**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 26, 2005

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2309

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellant*, | District Court for the |
| | Southern District of Illinois |
| v. | |
| | No. 03 CR 30137 |
| JENNIFER L. BAKER, | |
| *Defendant-Appellee*. | G. Patrick Murphy, *Chief Judge*. |

**O R D E R**

On limited remand under United States v. Paladino, 401 F.3d 471, 483-84 (7th Cir. 2005), the district judge concluded that knowledge about the advisory status of the sentencing guidelines would not have affected his decision.  Defendant Baker was offered the opportunity to respond before we finally resolve the appeal, and she has chosen not to do so.  Her 78-month sentence does not appear to be unreasonable and is therefore AFFIRMED.